## RALPH MARCARELLI *v.* CITY OF NEW HAVEN
## (AC 30920)

Bishop, Alvord and Schaller, Js.

Argued April 19—officially released May 4, 2010

Per Curiam. The judgment is affirmed.

## SEAN HAMILTON *v.* COMMISSIONER
## OF CORRECTION
## (AC 31004)

Bishop, Robinson and Hennessy, Js.

Submitted on briefs April 16—officially released May 4, 2010

Per Curiam. The appeal is dismissed.

## FRANCIS A. MINITER *v.* STATEWIDE GRIEVANCE
## COMMITTEE ET AL.
## (AC 31209)

Gruendel, Beach and West, Js.

Submitted on briefs April 15—officially released May 4, 2010

Per Curiam. The judgments are affirmed.